UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No. 1:09-MJ-396

Hon. Hugh W. Brenneman, Jr.

v.

MICHAEL PAUL NEBEL,

    Defendant.

_____/

## ORDER REVOKING BOND

This matter having come before this Court on the Motion of the United States to revoke bond,

IT IS HEREBY ORDERED that the Motion to Revoke Bond is GRANTED and that an arrest warrant issue for Michael Paul Nebel and that he be brought before this Court to show cause why he should not be remanded to the Custody of the United States Marshal for removal to the Eastern District of Pennsylvania.

IT IS SO ORDERED.

Date: January 7, 2010

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
Western District of Michigan